AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

APR 1 2021 PM2:45
FILED-USDC-CT-HARTFORD

for the

District of Connecticut

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. 3:21mj325̲(RAR) |
| USPS Priority envelope 9405 5368 9523 2671 8893 72 | ) | |
| | ) | |
| | ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

USPS Priority envelope 9405 5368 9523 2671 8893 72, addressed to Danielle Gleason, 104 W Main ST APT 4A, Vernon, CT bearing sender information of Samuel Cook, 2601 N Newton Ave, Minneapolis MN 55411

located in the _____ District of ____Connecticut____ , there is now concealed *(identify the person or describe the property to be seized):*

Narcotics and other evidence of violations of 21 U.S.C. §§ 841, 844, and 846

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| **21 U.S.C. §§ 841, 844 and 846,** | Possession of a controlled substance, possession with intent to distribute a controlled substance, distribution of a controlled substance, and conspiracy and attempt to commit the same. |

The application is based on these facts:

See attached affidavit of United States Postal Inspector Paul McNiff, which is incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Paul McNiff
Digitally signed by Paul McNiff
Date: 2021.04.01 11:35:40 -04'00'

*Applicant's signature*

USPIS Postal Inspector Robert McNiff

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ____telephone____ *(specify reliable electronic means).*

Date: ____04/01/2021____

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2021.04.01 14:23:29 -04'00'

*Judge's signature*

City and state:  Hartford, Connecticut

Hon. Robert A. Richardson, USMJ

*Printed name and title*